· PADGETT, by Guardian, v. SMITH, Appellant.

Division One, November 27, 1907.

PARTITION: Attorney's Fee: Services for Appeal. The motion for
the allowance of attorney's fees for services rendered by them
in plaintiff's behalf in the appellate court should be made in
the circuit court.

Motion to Tax Fee for Plaintiff's Attorney.

MOTION DISMISSED.    .

STATEMENT BY THE REPORTER.

Suit was brought by Ervine F. Padgett, a minor,
by her guardian, against James H. F. Smith, to establish a resulting trust in certain lands in the minor's
favor, and for partition of said lands between her and
defendant.   At the trial plaintiff prevailed, and the
court rendered judgment establishing the trust and
decreeing partition, and on the coming in of the commissioners' report confirmed the same, and allowed
plaintiff's attorneys a fee of $350. From that final
judgment defendant appealed to the Supreme Court.
The appeal was energetically prosecuted, and plaintiff's attorneys filed extensive briefs in support of their
client's judgment, which was affirmed.   [Padgett v.
Smith, 206 Mo. 303, 205 Mo. 122.]   Thereafter plaintiff's attorneys filed the pending motion for an allowance of an additional attorney's fee for their services
rendered in this court, on the theory that, while such
fee is contemplated by section 4422, Revised Statutes
1899, (1) the trial court had lost jurisdiction over the
cause by the defendant's appeal, (2) the trial court, at
the time it allowed the attorneys a fee of $350, could
not have foreseen that an appeal would be taken and,
even if it had, it could not have estimated what would
be a reasonable valuation for such expected services;
and (3) the appeal was not brought by plaintiff, but

by defendant, who alone is responsible for the fact that such services became necessary to a proper protection of plaintiff's rights.

PER CURIAM: We are of the opinion that the motion for allowance to plaintiff's attorneys for compensation for services rendered by them in this court should be made in the circuit court that tried the cause, that that court has jurisdiction to hear evidence as to the nature and extent of the services and their reasonable value and to make a proper allowance therefor to be taxed as costs. This motion is, therefore, dismissed without prejudice to the rights of the plaintiffs to file such a motion in the circuit court.